UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



FILED
U.S. DIST COURT

09 JUL 20 P 2:42

COREY DONELL MCKAY (#326162)

VERSUS

VERNON BOURGEIOIS, ET AL.

CIVIL ACTION

NO. 09-350-JJB-DLD

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated June 30, 2009 (doc. no. 6). The plaintiff filed an objection which has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.  Accordingly, the plaintiff's complaint is DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(I) and 42 U.S.C. § 1997e(e).

Baton Rouge, Louisiana, this 20th day of July, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA